IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00071-M-RN-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OTIS HENDERSON,

    Defendant.

ORDER

This matter comes before the court on Defendant's pro se motion. [DE 108]. Defendant states that, due to a lack of communication, he desires new counsel. *Id.* at 1. He also requests that the court provide him with a private investigator. *Id.* at 2.

Since the time of the filing, defense counsel has requested, and the court has granted, a motion to continue Defendant's arraignment. [DE 109–10]. In support of the motion, defense counsel advised that Defendant asked him "to investigate some issues related to his potential defense" and that counsel "has contacted a private investigator" who "is willing to work on this matter." [DE 109] at 2.

These developments indicate that the concerns raised in the pro se motion have been addressed. Accordingly, the motion is DENIED WITHOUT PREJUDICE.

SO ORDERED this 11th day of February, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

Case 5:24-cr-00071-M-RN    Document 112    Filed 02/11/25    Page 1 of 1