IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00071-M-RN-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OTIS HENDERSON,

    Defendant.

ORDER

This matter comes before the court on Defendant's pro se Motion for Suppression Hearing and Copy of Grand Jury Transcripts. [DE 138]. This court does not consider pro se motions filed by a represented party. *See United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020) (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) and *United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016)). Defendant is currently represented by Brett T. Wentz, so the motion is DENIED WITHOUT PREJUDICE.

SO ORDERED this 1st day of July, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE